IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS TONN,

    Plaintiff,

  v.

MICHAEL A. DITTMANN,
MICHAEL MEISNER,
EDWARD F. WALL,
SANDY HAUTAMAKI,
DAVID MELBY,
DONALD MORGAN,
MARY LEISER,
JANEL NICKEL, and
WISCONSIN DEPARTMENT OF CORRECTIONS,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-481-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice for failure to state a claim upon which relief can be granted.

/s/                                             December 12, 2014

Peter Oppeneer, Clerk of Court                   Date