In The United States District Court
For The Western District of Wisconsin

Dennis Tonn, Plaintiff

  v.                                Case No. 14-CV-481 JDP

Michael A. Dittman,
Michael Meisner,
Edward F. Wall,
Sandy Hautamaki,
David Melby,
Donald Morgan,
Mary Leiser,
Janel Nickel and
Wisconsin Department of Corrections,
   Defendants

## Notice of Appeal

Now comes The Plaintiff (Dennis Tonn) Pursuant to Federal Rules of Appellant Procedures (3) Appeal As of Right. An Appeal Permitted by Law as of Right From A District Court To A court of Appeals May be taken only by Filing A Notice of Appeal with the District Clerk within The Time Allowed By Rule 4. Pursuant To Federal Rule of Appellate Procedure 4(A)(1) the Time For Filing A Notice of Appeal In A civil Case is 30 Days After The Judgement or Order Appealed From is Entered.

  The Order Appealed From In The Above Case was Entered by the United States District Court For the Western District

(1 of 2)

of Wisconsin, District Judge James D. Peterson on the 12th Day of December, 2014. The Notice of Appeal Dated below is within the Time Allotted By F.R.A.P. 4 and is therefore Time Filed.

The Appeal of the order Entered on the 12th Day of December, 2014 will be Appealed to The United States Courts of Appeals For The Seventh Circuit Federal Court. Notice is Hereby Given that Dennis Tonn, Plaintiff in the Above Named case, Hereby Appeals to the United States Court of Appeals for the Seventh Circuit From the Order ~~Entered~~ Entered in this Action on the 12th Day of December, 2014.

Dated: December, 22, 2014

*Dennis Tonn*
Dennis Tonn, Pro Se
Columbia Correctional Inst.
P.O. Box 900
Portage, Wis 53901

(2 of 2)