United States District Court
For the
Western District of Wisconsin

Dennis Tonn,
    Plaintiff

v.

Michael Meisner,
David Melby,
Donald Morgan,
Mary Leisen,
    Defendants.

Case No.
14-CV-481-JDP

## Notice of appeal

Now comes the Plaintiff (Dennis Tonn) Pursuant to Federal Rules of appellant Procedures (3) appeal as of Right. An appeal Permitted by law as of Right from a District Court to a Court of Appeals may be taken only by filing a notice of appeal with the District Clerk within the time allowed by Rule 4. Pursuant to Federal Rule of appellate Procedure 4 (A)(1)

(1 of 3) A

The Time For Filing a Notice of Appeal in a Civil case is 30 Days after The Judgement or order, appealed From is entered. The order appealed From in The above case was Entered By The United States District Court For the Western District of Wisconsin, District Judge James D. Peterson on The 7th day of December, 2015. The Notice of appeal Dated Below is within the Time allotted By F.R.A.P. 4 and is therefore Time Filed.

The appeal of the order entered on The 7th day of December, 2015 will be appealed to the United States court of appeals For the Seventh Circuit Federal court. Notice is Hereby Given That Dennis Tonn, Plaintiff in the above named case, Hereby appeals to the United States court of appeals for the Seventh Circuit From the order entered in this action on the 7th Day of December, 2015.

(2 of 3) A

Dated; 12-28-2015

Dennis Tonn #175958
Dennis Tonn Prose
Stanley Correctional
100 Correction, Dr
Stanley, Wis 54768

(3 of 3) A

United States District Court
of The
Western District of Wisconsin

Certificate of Service

I Hereby certify under the Penalties of Perjury that on this 28th Day of December, 2015 that a request for Motion for the Notice of appeal and a Motion for certificate of appealability.

For - CASE NO. 14-CV-481-JDP

Dated: 12-28-2015

Dennis Tonn, Pro Se
Dennis Tonn #175958
Stanley Correctional
100 Corrections, Dr
Stanley, Wis 54768

United States District Court
of The
Western District of Wisconsin

Dennis Tonn v Michael Dittmann

Case No. 14-CV-481-JDP

Dear Clerk,
 Insert is a copy of certificate of service for Notice of appeal and for certificate of appealability

 and a
certificate of service for The United States court of appeals for The seventh Circuit a copy of The Docketing Statement

Dated: 12-28-2015          Dennis Tonn
                          Dennis Tonn Pro se